**Janet WAND, Employee/Appellant,**

v.

**ALEXIAN BROTHERS, LTC, INC., Employer/Respondent,**

and

**Liberty Mutual Insurance Co., Insurer/Respondent.**

No. 73242.

Missouri Court of Appeals, Eastern District.

May 12, 1998.

Lee G. Kline, Clayton, for appellant.

John Sander, St. Louis, for respondent.

Before CRAHAN, C.J., RICHARD B. TEITELMAN, J., and ROBERT E. CRIST, Senior Judge.

*ORDER*

PER CURIAM.

Employee appeals the award of the Labor and Industrial Relations Commission holding she was neither an employee nor a statutory employee of nursing home. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no prece-

dential value. The judgment is affirmed in accordance with Rule 84.16(b).